## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DANIEL JOYCE, on behalf of himself and others similarly situated, :<br><br>Plaintiff, :<br><br>v. :<br><br>GLAUSIER KNIGHT JONES, PLLC, :<br><br>Defendant. : | **No. 8:21-cv-00729-CEH-JSS**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in this action hereby stipulate and agree that Daniel Joyce's individual claims be dismissed with prejudice, and the putative class members' claims without prejudice, with each party bearing its own attorneys' fees and costs.

Dated:  January 5, 2022

Respectfully submitted,

*/s/ Jesse S. Johnson*
James L. Davidson
Florida Bar No. 723371
Jesse S. Johnson
Florida Bar No. 69154
Greenwald Davidson Radbil PLLC

7601 N. Federal Highway, Suite A-230
Boca Raton, FL 33487
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff*

*/s/ Paul L. Hammond*
Paul L. Hammond
Florida Bar No. 577561
Boyd Richards Parker & Colonnelli, P.L.
400 North Ashley Drive, Suite 1150
Tampa, FL 33602
Tel: (813) 223-6023
Fax: (813) 223-6024
phammond@boydlawgroup.com

*Counsel for Defendant*