# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DANIEL JOYCE, on behalf of himself
and others similarly situated

    Plaintiff,

v.                                                                         Case No: 8:21-cv-729-CEH-JSS

GLAUSIER KNIGHT JONES, PLLC,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Stipulation of Dismissal (Doc. 29). In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulation of Dismissal is **APPROVED** (Doc. 29).

2) Plaintiff's individual claims against Defendant are dismissed with prejudice. The putative class members' claims against Defendant are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 5, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record